UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  SANKALP BHATNAGAR,                                        :
                                  Plaintiff,                :     20 Civ. 2321 (LGS)
                                                            :
                    -against-                               :     ORDER
                                                            :
  THE NEW SCHOOL, et al.,                                   :
                                  Defendants.               :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial pre-trial conference was held on May 28, 2020.  For the reasons stated at the conference, it is hereby

    **ORDERED** that the parties shall engage in settlement discussions before a briefing schedule for any motion to dismiss will be set.  Per Individual Rule III.C.2, the pre-motion letter at Dkt. No. 12 stays the time for Defendants to answer or move until further order.  The referral for a settlement conference before Judge Freeman will issue in a separate order.  It is further

    **ORDERED** that by **June 8, 2020**, the parties shall file a proposed stipulation and order governing the treatment of confidential material.  To the extent that the parties cannot agree on any provisions, the parties shall include both versions in the proposed order.

    The case management plan and scheduling order will also issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: May 28, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE