UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SANKALP BHATNAGAR                          :
                              Plaintiff,      :
                                        :   20 Civ. 2321 (LGS)
           -against-                       :
                                        :   <u>ORDER</u>
PARSONS SCHOOL OF DESIGN and THE   :
NEW SCHOOL,                                :
                            Defendants,  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the September 8, 2020, Amended Case Management Plan directed the parties to apprise the Court of the outcome of settlement discussions within two business days of the September 18, 2020, settlement conference in this case.

WHEREAS, the parties have not apprised the Court of the outcome of settlement discussions.  It is hereby

**ORDERED** that by **September 28, 2020**, the parties shall file a joint letter apprising the Court of the outcome of settlement discussions.  Failure to comply with Court-ordered deadlines may result in sanctions and prejudice.

Dated: September 24, 2020
       New York, New York

                                                                          LORNA G. SCHOFIELD
                                                           **UNITED STATES DISTRICT JUDGE**