```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
SANKALP BHATNAGAR,                                           :
                                Plaintiff,                   :
                                                             :    20 Civ. 2321 (LGS)
             -against-                                       :
                                                             :         ORDER
THE NEW SCHOOL et al.,                                       :
                                Defendants.                  :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff Sankalp Bhatnagar brings this action alleging that Defendants the New School and the Parsons School of Design discriminated against him by conferring a Master of Fine Arts degree without permitting him to complete a thesis project in the expanded timeframe he requested. Defendants move to dismiss the Complaint's causes of action for (1) race and national origin discrimination in violation of Title VI of the Civil Rights Act (Count 3), the New York State Human Rights Law ("NYSHRL") (Count 4) and the New York City Human Rights Law ("NYCHRL") (Count 5) and (2) violation of the New York State Education Law ("NYSEL") (Count 7), in each case for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). It is hereby

**ORDERED** that the motion is GRANTED for the reasons set forth in an opinion to follow.

The Clerk of Court is respectfully directed to close the motion at Docket No. 42.

Dated: May 5, 2021
       New York, New York

                                        _____
                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE