UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SANKALP BHATNAGAR,

                Plaintiff,

-against-                             20 **CIVIL** 2321 (LGS)

**JUDGMENT**

THE PARSONS SCHOOL OF DESIGN AT
THE NEW SCHOOL,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 27, 2022, Defendant's motion for summary judgment is GRANTED as to Plaintiff's Rehabilitation Act and breach of contract claims, and DENIED without prejudice as to Plaintiff's ADA, NYSHRL and NYCHRL claims. Plaintiff's ADA claim is dismissed without prejudice for want of subject matter jurisdiction. Plaintiff's NYSHRL and NYCHRL claims are DISMISSED without prejudice to their refiling in state court. Defendants motion for oral argument is DENIED as moot. Plaintiff's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

       January 24, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                       BY:

                                                      **Deputy Clerk**